IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ERIC DIMICK, § § Petitioner, § VS. § CIVIL NO. 2:18-CV-9 § LORIE DAVIS, § § Respondent. § | |

# <u>ORDER</u>

The Court is in receipt of Respondent's Motion for Summary Judgment, Dkt. No. 10; Petitioner's Response to the Motion for Summary Judgment, Dkt. No. 14; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 15; and Petitioner's Objections to the M&R, Dkt. No. 18.

After independently reviewing the record, the filings, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 15. Accordingly, the Court **GRANTS** Respondent's Motion for Summary Judgment, Dkt. No. 10. The Court **DISMISSES** the above-captioned case and **DENIES** Petitioner a Certificate of Appealability.

Final judgment will be entered separately.

SIGNED this 20th day of March, 2019.

_____
Hilda Tagle
Senior United States District Judge

1 / 1